[Nos. 16307–8–I; 16383–3–I;  Division One.  February 9, 1987.]
16384–5–I; 16382–5–I.

THE STATE OF WASHINGTON, *Respondent,* v. HOWARD T. SMITH, ET AL, *Appellants.*

THE STATE OF WASHINGTON, *Respondent,* v. HOWARD TIMOTHY SMITH, *Appellant.*

THE STATE OF WASHINGTON, *Respondent,* v. LARRY McCOY SYKES, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for King County, Nos. 85–1–00194–6, 85–1–00057–5, 84–1–03547–8, Terrence A. Carroll, J., entered April 5, 1985. Cause Nos. 16307–8–I and 16383–3–I *reversed*; cause Nos. 16384–5–I and 16382–5–I *affirmed* by unpublished opinion per Webster, J., concurred in by Scholfield, C.J., and Grosse, J.

[No. 16802–9–I.  Division One.  February 9, 1987.]

BAILIE COMMUNICATIONS LTD., *Appellant,* v. KEITH ELLIS, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 84–2–00331–4, John F. Wilson, J., entered June 11, 1985. *Affirmed* by unpublished opinion per Aitken, J. Pro Tem., concurred in by Durham and Ennis, JJ. Pro Tem.